UNION OIL CO. OF WICHITA v. EVANS–THWING REFINING CO.    (Circuit Court of Appeals, Eighth Circuit.    January 10, 1922.)    No. 5932.    In Error to the District Court of the United States for the Western District of

Missouri. S. B. Amidon, S. A. Buckland, H. W. Hart, and Glenn Porter, all of Wichita, Kan., and John T. Harding, D. A. Murphy, and Paul R. Stinson, all of Kansas City, Mo., for plaintiff in error. R. R. Brewster and E. D. Ellison, both of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, but without taxation of attorney fee, per stipulation.